# Court of Appeals
# of the State of Georgia

ATLANTA, December 06, 2016

*The Court of Appeals hereby passes the following order*

**A17I0091. SPENCER TRACY MASON v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

R145835



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, December 06, 2016.*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*